IN THE UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        -v-

IAN HAREWOOD,
        Defendant,                  01-CR-6025T

IN RE:

A parcel of land with all improvements, structures and appurtenances thereto, located at **6 Rodenbeck Place, City of Rochester, County of Monroe, State of New York,** and more particularly described in a certain deed recorded in the Monroe County Clerk's Office in Liber 9278 of Deeds at Page 212 on February 24, 2000, and a certain deed recorded in the Monroe County Clerk's Office in Liber 9426 of Deeds at Page 240 on February 26, 2001.
_____

## **FINAL ORDER OF FORFEITURE**

    WHEREAS, on July 19, 2002, this Court entered a Preliminary Order of Forfeiture, ordering defendant Ian Harewood to forfeit the following real property:

1. A parcel of land with all improvements, structures and appurtenances thereto, located at **6 Rodenbeck Place, City of Rochester, County of Monroe, State of New York**, and more particularly described in a certain deed recorded in the Monroe County Clerk's Office in Liber 9278 of Deeds at Page 212 on February 24, 2000, and a certain deed recorded in the Monroe County Clerk's Office in Liber 9426 of Deeds at Page 240 on February 26, 2001.

WHEREAS, the United States caused to be published in "The Daily Record" on August 15, 2002, August 22, 2002, and August 29, 2002, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, petitioner Sherriann Als timely filed a claim to determine the validity of her interest in the property, and her petition dated October 31, 2002 was dismissed by this Court by Order dated August 26, 2005; and

WHEREAS, a petition dated October 5, 2003 was received by the Court from Elizabeth Harewood to determine the validity of her interest in the property, and since the petition is both unsigned and untimely, the petition is hereby dismissed sua sponte by the Court; and

WHEREAS, no other petitions have been filed; and

WHEREAS, the Court finds that defendant Ian Harewood had an interest in the above listed real property that is subject to forfeiture pursuant to Title 21, United States Code, Section 853;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following real property:

1. The premises and real property with all buildings, appurtenances and improvements, located at **6 Rodenbeck Place, City of Rochester, County of Monroe, State of New York**, and more particularly described in a certain deed recorded in the Monroe County Clerk's Office in Liber 9278 of Deeds at Page 212 on February 24, 2000, and a certain deed recorded in the Monroe County Clerk's Office in Liber 9426 of Deeds at Page 240 on February 26, 2001

is hereby forfeited to the United States of America pursuant to Title 21, United States Code, § 853; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pending the final disposition of the above real properties, the United States of America, through the United States Department of Justice and/or the United States Marshals Service, is authorized to contact any and all current occupants/tenants/lessees of the real properties; to serve a copy of this Order upon such

occupants/tenants/lessees directing that if necessary entering into a formal occupancy agreement, the terms therein left to the discretion of the Marshals Service or upon 30 days notice the United States Marshals Service may evict any occupants/tenants/lessees and secure and personal property remaining at the properties; and

    IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

Dated:   June 7th, 2006, at Rochester, New York.


                                        S/ MICHAEL A. TELESCA
                                   HONORABLE MICHAEL A. TELESCA
                                   United States District Judge